IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| J.D. HEISKELL HOLDINGS, LLC, d/b/a J.D. HEISKELL & COMPANY,<br>        Plaintiff,<br>v.<br>VACACO, L.L.C. and KELLY BOETTCHER,<br>        Defendants. | Case No. 8:22-cv-00084-JFB-SMB<br><br>**ORDER** |

This matter came before the Court on Plaintiff J.D. Heiskell Holdings, LLC, d/b/a J.D. Heiskell & Company's ("J.D. Heiskell") Motion for Default Judgment against Defendants Vacaco, L.L.C. and Kelly Boettcher. J.D Heiskell's Motion for Default Judgment was granted by the Court on September 28, 2022 (Doc. 24) as to liability and was called up for an evidentiary hearing on November 9, 2022, to hear argument and receive evidence as to damages.

J.D. Heiskell appeared at the hearing and was represented by counsel of record; Defendants did not appear, despite having received notice of the hearing.

At the hearing, in addition to previously filed evidence in Filing No. 21, Plaintiff offered Exhibit 1. The Court received Exhibit 1.

Based upon the testimony provided at the hearing and supporting exhibits, and being fully advised in the premises, the Court finds as follows:

**IT IS HEREBY ORDERED** that J.D. Heiskell is granted default judgment in the amount of $619,200.45 jointly and severally against Defendants Vacaco, L.L.C. and Kelly Boettcher with post-judgment interest accruing from the date judgment is entered until paid in full pursuant to 28 U.S.C. § 1961.

Dated this 14th day of November, 2022.

                                  BY THE COURT:
                                  s/ Joseph F. Bataillon
                                  Senior United States District Judge